**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 00-51235

DR. CHERYL GONCE-WARNER

Plaintiff-Appellant-Cross-Appellee

VERSUS

BAYLOR UNIVERSITY

Defendant-Appellee-Cross-Appellant

Appeals from the United States District Court
For the Western District of Texas, Waco
W-98-CV-356

November 26, 2001

Before KING, Chief Judge, DAVIS and MAGILL,* Circuit Judges.

PER CURIAM:**

After reviewing the record and considering the briefs and arguments of the parties, we are persuaded that the district court correctly granted summary judgment in favor of the defendant. The district court correctly determined that the plaintiff produced no

---

*Circuit Judge of the 8th Circuit, sitting by designation.

**Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

summary judgment evidence from which an inference could be drawn that the reason given for the denial of tenure was a pretext for sexual discrimination.

AFFIRMED.